

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00059-CR

_____

IN RE JAMIE LEE BLEDSOE

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Jamie Lee Bledsoe, proceeding pro se, has filed a petition for writ of mandamus asking this Court to review certain parts of the appellate record in this case, to find that he did not receive a fair trial, and to direct the Honorable Brad Morin, Presiding Judge, 71st Judicial District Court of Harrison County, to hold an evidentiary hearing regarding Bledsoe's boots, an allegedly false affidavit in support of his arrest warrant and indictment, allegedly false testimony by police officers, and allegedly illegal judgments used for enhancement of his punishment.

All of Bledsoe's complaints relate to his trial in case number 17-0125X in the 71st Judicial District Court of Harrison County, Texas. Bledsoe currently has pending before this Court an appeal of the judgment of conviction in our case number 06-17-00174-CR, and he is represented by appointed counsel in that appeal. Bledsoe does not have a right to hybrid representation. *See Marshall v. State*, 210 S.W.3d 618, 620 n.1 (Tex. Crim. App. 2006); *Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Since Bledsoe is represented by counsel on appeal, we treat Bledsoe's pro se mandamus petition as presenting nothing for this Court's review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *In re Jefferson*, No. 06-17-00156-CR, 2017 WL 3908213, at *1 (Tex. App.—Texarkana Aug. 11, 2017, orig. proceeding) (mem. op., not designated for publication); *In re De La O*, No. 04-16-00826-CR, 2017 WL 95925, at *1 (Tex. App.—San Antonio Jan. 11, 2017, orig. proceeding) (mem. op., not designated for publication).[1]

---

[1]Although unpublished opinions have no precedential value, we may take guidance from them "as an aid in developing reasoning that may be employed." *Carrillo v. State*, 98 S.W.3d 789, 794 (Tex. App.—Amarillo 2003, pet. ref'd).

We, therefore, deny Bledsoe's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


Josh R. Morriss, III
Chief Justice

Date Submitted: April 12, 2018
Date Decided: April 13, 2018

Do Not Publish

3